UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

File No. 7:13-CR-59-BO-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| KASSI LEIGH SWAIN, | ) | |
| Defendant. | ) | |

THIS MATTER coming on to be heard and being heard before the undersigned District Court Judge, presiding over the District Court for the Eastern District of North Carolina, Southern Division, upon Motion of the Defendant represented by appointed counsel, James S. Perry, to seal her Sentencing Memorandum filed in the above-captioned matter on November 6, 2013, and it appearing to the Court that the request is proper in its discretion.

IT IS THEREFORE ORDERED ADJUDGED and DECREED that the Defendant's Sentencing Memorandum filed November 6, 2013 be sealed.

Entered this _8_ day of _November_, 2013.

_____
Honorable Terrence W. Boyle
United States District Court Judge
For the Eastern District of North Carolina